IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TYE BAXTER**                                                                                          **PLAINTIFF**

v.                                           No. 3:24-cv-00225-LPR

**SHAWN STEPHENS, et al.**                                                              **DEFENDANTS**

## ORDER

This case is closely related to *Baxter v. Stephens, et al.*, Case No. 3:21-cv-00241-DPM. In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to the Honorable D. P. Marshall Jr.

IT IS SO ORDERED this 24th day of April 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE